IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDALL M. JOHNSON                                                                                          PLAINTIFF

      v.                          Civil. No. 2:12-cv-02310-PKH-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                         DEFENDANT

## ORDER

      On December 7, 2012, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. Subsequently, a report and recommendation was entered recommending denial of Plaintiff's IFP motion. ECF No. 5. In lieu of an objection, Plaintiff tendered the filing fee of $350.00. As such, both Plaintiff's IFP motion and the report and recommendation have been rendered moot.

      The court directs that a copy of the complaint be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Conner Eldridge, U.S. Attorney, without prepayment of fees and costs. Defendant is ordered to answer within sixty (60) days from the date of service.

      ENTERED this 12th day of December 2012.

                        */s/ J. Marschewski*
                        HONORABLE JAMES R. MARSCHEWSKI
                        CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)